**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**BRYAN JOSE CORTEZ FIGUEROA**          **CASE NO.  1:26-CV-00111 SEC P**

**VERSUS**                                              **JUDGE TERRY A. DOUGHTY**

**BRIAN ACUNA ET AL**                        **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 9], together with the written objection of Petitioner Bryan Jose Cortez Figueroa ("Petitioner") [Doc. No. 10], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the argument as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of June 2026.

_____
Terry A. Doughty
United States District Judge